Robert W. HAHL, Neifeld IP Law, PC, Alexandria, VA, argued for appellant. Also represented by Robert Mihail.

REYNA, TARANTO, and STOLL, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

WORLDWIDE HOME PRODUCTS, INC., Plaintiff

v.

TIME, INC., Bed Bath & Beyond, Inc., Cohesion Products Inc., Sherry Hanson, Defendants

v.

Jeffrey Sonnabend, Movant–Appellant.

Nos. 2015–1544, 2015–1551.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2015.

William Giltinan, Carlton Fields Jorden Burt, PA, Tampa, FL, Plaintiff.

Edward F. O'Connor, I, Esq., Attorney, Avyno Law, P.C., Encino, CA, for Defendants.

Jeffrey Sonnabend, Brooklyn, NY, pro se.

Before MOORE, O'MALLEY, and TARANTO, Circuit Judges. PER CURIAM.

## ORDER

PER CURIAM.

IT IS ORDERED THAT:

These cases are hereby dismissed.

WORLDWIDE HOME PRODUCTS, INC., Plaintiff

v.

TIME, INC., Bed Bath & Beyond, Inc., Cohesion Products Inc., Sherry Hanson, Defendants

v.

Jeffrey Sonnabend, Movant–Appellant.

No. 2015–1550.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2015.